**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CARLA DEAN LAYFIELD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:07-CV-0993-RWS |
| FAIRFIELD INN SIX FLAGS, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [8] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED**, this 28th day of March, 2008.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE