**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CARLA DEAN LAYFIELD,<br>Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1: 07-cv-0993-RWS |
| FAIRFIELD INN SIX FLAGS, et al.<br>Defendant. | |

# JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to effectuate service within 120 days of the filing of the complaint pursuant to Fed. R. Civ. P. 4(m).

Dated at Atlanta, Georgia, this 31st day of March, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: s/Shirley J. Kennedy
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office on March 31, 2008.
James N. Hatten, Clerk of Court

By: s/Shirley J. Kennedy
Deputy Clerk